# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 19-MJ-86 |
| | : | |
| | : | VIOLATIONS: |
| v. | : | |
| | : | 18 U.S.C. § 970(b)(2)(D) |
| | : | (Willful Refusal to Depart from an |
| | : | Embassy after Request by a |
| BEREKET GEBREMARIAM, | : | Law Enforcement Officer) |
| | : | |
| Defendant. | : | |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about April 8, 2019, in the District of Columbia, the defendant, **BEREKET GEBREMARIAM,** did knowingly and willfully refuse to depart from the Eritrean Embassy after a request by a person having law enforcement powers, that is, an officer of the United States Secret Service.

(**Willful Refusal to Depart from an Embassy after Request by a Law Enforcement Officer**, in violation of Title 18, United States Code, Section 970(b)(2)(D))

                                              JESSIE K. LIU
                                              United States Attorney
                                              D.C. Bar No. 472845

By:         /s/
            FREDERICK YETTE
            Assistant United States Attorney
            National Security Section
            U.S. Attorney's Office
            D.C Bar Number 385391
            Frederick.yette@usdoj.gov